**Opinion issued January 28, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00047-CV

———————————

**JONAS YBARRA AND MARIA YBARRA, Appellants**

**V.**

**STATE FARM LLOYDS, Appellee**

---

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-20127**

---

## MEMORANDUM OPINION

The parties have filed a joint motion to dismiss the appeal. No opinion has issued. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Brown.